UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
FERNCHURCH CONSULTING, LLC,                                    :
:
                           Plaintiff,      :
:         23-CV-2379 (VSB)
                -against-                   :
:            **ORDER**
BANK OF AMERICA CORP., BANK OF                                 :
AMERICA, N.A., and BANK OF AMERICA                             :
CDFI FUNDING CORP.,                                            :
:
                        Defendants.     :
:
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on March 21, 2023, (Doc. 1), and Defendants filed their answers on March 28, 2023, (Docs. 9, 10). On March 29, 2023, I issued an Order and Notice of Initial Conference, directing the parties to submit a joint status letter and proposed case management plan by April 12, 2023. (Doc. 11.) To date, the parties have not complied with my Order and Notice of Initial Conference. If the parties fail to submit the required filings by April 28, 2023, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 24, 2023
             New York, New York

                                                                   _____
                                                                   VERNON S. BRODERICK
                                                                   United States District Judge