UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
        :
FERNCHURCH CONSULTING, L.L.C.,     :
        :
        Plaintiff,  :
        :      23-CV-2379 (VSB)
   - against -  :
        :      **ORDER**
        :
BANK OF AMERICA CORP., BANK OF   :
AMERICA, N.A., and BANK OF AMERICA :
CDFI FUNDING CORP.,     :
        :
        Defendants  :
        :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      In light of the pending discovery dispute, the post-discovery conference scheduled for Monday, September 18, 2023, at 11:00 a.m. is adjourned *sine die*. The parties are directed to file a status letter to the court no later than one week following the magistrate judge's order resolving the discovery dispute.

SO ORDERED.

Dated: September 15, 2023
      New York, New York

                                               Vernon S. Broderick
                                               United States District Judge