UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

FERNCHURCH CONSULTING L.L.C.,

                        Plaintiff,                  23-CV-02379 (VSB) (GS)

          -against-                  **TELEPHONE CONFERENCE ORDER**

BANK OF AMERICA CORPORATION,
BANK OF AMERICA, N.A., and
BANK OF AMERICA CDFI FUNDING
CORPORATION,

                        Defendants.

-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference on **Friday, September 29, 2023 at 10:00 a.m.**, at which time the Court will address the discovery dispute raised in ECF No. 21. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 648 826 298#.**

      **SO ORDERED.**

DATED:    New York, New York
                September 27, 2023

                                                                          _____
                                                                    The Honorable Gary Stein
                                                                    United States Magistrate Judge