UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
FERNCHURCH CONSULTING, L.L.C.,   :
                                 :
             Plaintiff,   :         23 Civ. No. 2379 (VSB) (GS)
                                 :
      - against -      :             ORDER
                                 :
BANK OF AMERICA, N.A., *et al.*,   :
                                 :
             Defendants.   :
---------------------------------------------------------------x

**GARY STEIN, United States Magistrate Judge:**

     Plaintiff has filed with the Court certain notices of deposition.  (Dkt. Nos. 44 and 45).  Discovery demands and discovery materials are to be exchanged only among the parties and are not for the Court's review, unless relevant to a particular motion.  **The Clerk of the Court is respectfully directed to strike Docket Numbers 44 and 45**.

     **SO ORDERED.**

DATED:    New York, New York
            October 20, 2023

                                          _____
                                        GARY STEIN
                                        United States Magistrate Judge