**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FERNCHURCH CONSULTING, LLC,

                                Plaintiff,

    -against-                                          **23 Civ. No. 2379 (AT) (GS)**

BANK OF AMERICA CORP. *et al.*,                  **DISCOVERY DISPUTE**
                                                                     **CONFERENCE ORDER**

                                Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a discovery dispute conference on **Thursday, February 01, 2024 at 10:00 a.m.** to discuss the issues raised in Plaintiff's January 20, 2024 letter. (Dkt. No. 52). Counsel is directed to join the video conference at the following link: Click here to join the meeting. **Meeting ID:** 229 251 716 097**; Passcode:** [ps7qDJ].

       **SO ORDERED.**

DATED:    New York, New York
                January 30, 2024

                                                                   _____
                                                                   The Honorable Gary Stein
                                                                   United States Magistrate Judge