UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FERNCHURCH CONSULTING, LLC,

                              Plaintiff,                                  **23 Civ. 2379 (VSB) (GS)**

          -against-                                         **VIDEO STATUS**

BANK OF AMERICA CORPORATION,                        **CONFERENCE ORDER**
et al.,

                              Defendants.
------------------------------------------------------------------x

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Friday, June 14, 2024 at 11:00 a.m.** to discuss (1) the status of briefing on the pending motion for leave to deposit funds and other relief submitted by Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Bank of America, N.A. ("BANA") (Dkt. No. 47); and (2) the letter-motion for discovery submitted by Plaintiff and Third-Party Defendant Fernchurch Consulting LLC ("Fernchurch") (Dkt. No. 71). In advance of the conference, BANA is directed to submit an unredacted version of the document identified in Fernchurch's motion for discovery, BATES Nos. 281–283 (Dkt. No. 71-3 at 5–7), for *in camera* review by the undersigned by no later than **Wednesday, June 12, 2024** via email to GSteinNYSDchambers@nysd.uscourts.gov.

      Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Click here to join the meeting**. Meeting ID: [222 815 380 80] Passcode: [BbVpBb].

      **SO ORDERED.**

Dated:  New York, New York
            June 10, 2024

                                                                                                                     The Honorable Gary Stein
                                                                                                                     United States Magistrate Judge