UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FERNCHURCH CONSULTING, L.L.C.,

                        Plaintiff,

          -against-

BANK OF AMERICA, N.A., et al.,

                        Defendants.
------------------------------------------------------------------X

23 Civ. No. 2379 (VSB) (GS)

**VIDEO CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Conference on **Tuesday, February 11, 2025 at 3:00 p.m.** to discuss the parties' current respective positions on Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Bank of America, N.A.'s ("BANA") interpleader motion and motion to dismiss Plaintiff and Counterclaim Defendant Fernchurch Consulting, L.L.C.'s ("Fernchurch") Complaint. (Dkt. No. 84; *see* Dkt. Nos. 102–105). The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [296 675 690 576]  Passcode: [z5ts95TL]**

      SO ORDERED.

DATED:    New York, New York
                 February 4, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge