UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FERNCHURCH CONSULTING, L.L.C.,

                          Plaintiff,                                23 Civ. No. 2379 (VSB) (GS)

      -against-

                                                           **VIDEO CONFERENCE ORDER**

BANK OF AMERICA, N.A., et al.,

                        Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Conference on **Friday, March 7, 2025 at 2:00 p.m.** to discuss the parties' recent correspondence concerning their draft Stipulation. (*See* Dkt. Nos. 109-111). The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [235 368 727 238] Passcode: [JN7y86gH]**

       SO ORDERED.

DATED:    New York, New York
                March 5, 2025

                                                           _____
                                                           The Honorable Gary Stein
                                                          United States Magistrate Judge