UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FERNCHURCH CONSULTING, L.L.C.,

                        Plaintiff,

      -against-

BANK OF AMERICA, N.A., et al.,

                        Defendants.
-------------------------------------------------------------------X

**23 Civ. No. 2379 (VSB) (GS)**

**RESCHEDULING ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Video Conference scheduled for Friday, March 7, 2025 at 2:00 p.m. is hereby briefly adjourned to **Friday, March 7, 2025 at 3:30 p.m.** The Court notes that it appears the conference may be more productive if the earlier version of the draft stipulation referenced in the letter submitted by counsel for Felice Levine (Dkt. No. 110) was submitted in advance of the conference, either in its entirety or with the relevant portions excerpted. To the extent the parties agree, they directed to do so. Counsel are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [235 368 727 238]  Passcode: [JN7y86gH]**

      SO ORDERED.

DATED:    New York, New York
               March 5, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge