UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FERNCHURCH CONSULTING, L.L.C.,

                            Plaintiff,                         **23 Civ. No. 2379 (VSB) (GS)**

            -against-

                                                           **ORDER**

BANK OF AMERICA, N.A., et al.,

                            Defendants.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       On March 25, 2025, the Court so-ordered a Stipulation Resolving Motion pursuant to which, *inter alia*, Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Bank of America, N.A. ("BANA") was to interplead certain funds (the "Disputed Funds") by depositing them into the Disputed Ownership Fund ("DOF") in the Court Registry Investment System of the United States District Court, Southern District of New York. (Dkt. No. 125 (the "March 25 Order") at 2-3). The March 25 Order further provides for the Court to schedule a discovery conference involving Plaintiff/Interpleader Defendant Fernchurch Consulting, L.L.C. ("Fernchurch") and Third-Party Defendant/Cross Claimant Felice J. Levine ("Levine"), the two remaining claimants to the Disputed Funds. (*Id*. at 3). By letter dated June 8, 2025, Ms. Levine states that the Disputed Funds have been deposited with the Court and requests the scheduling of the discovery conference. (Dkt. No. 127).

       Based on the Court's inquiries, the Disputed Funds have not yet been received into the DOF. Accordingly, BANA is directed to apprise the Court, by no later than July 25, 2025, as to the status of its deposit of the Disputed Funds, including, if the Funds have been deposited, particulars as to when the Funds were deposited and in what amount.

Pursuant to the Court's March 25 Order (Dkt. No. 125 at 3), this action is scheduled for a Case Management Conference on **Tuesday, August 19, 2025 at 11:00 a.m.** Fernchurch and Levine, and those parties only, are directed to appear for a video conference via Microsoft Teams at the scheduled time. **The parties shall consult and comply with** the undersigned's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-gary-stein. In accordance with Section II.A of the Individual Practices, counsel are directed to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference. **Join the meeting now**. [Meeting ID: 245 727 653 722 1] [Passcode: ty2RD9E8]

SO ORDERED.

DATED:   New York, New York
         July 17, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge