**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
FERNCHURCH CONSULTING, L.L.C.,

                         Plaintiff,

               -against-

BANK OF AMERICA CORPORATION, *et al.,*

                       Defendants.
------------------------------------------------------------------------X

**23 Civ. No. 2379 (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

Earlier today, the Court held a discovery conference with respect to Plaintiff Fernchurch Consulting, L.L.C.'s ("Fernchurch") letter motion seeking to quash or modify a Rule 45 subpoena *duces tecum* (the "Subpoena") served by Defendant Felice Levine ("Levine") on non-party JPMorgan Chase Bank, N.A. ("Chase").  (*See* Dkt. Nos. 142, 143, 144).  The conference was attended by counsel for Fernchurch, Levine, and Chase.

As discussed during the conference, Chase is directed to produce, in response to Items 1 and 2 of the Attachment to the Subpoena (Dkt. No. 142-1 at 3), information identifying any accounts held by Fernchurch or Mr. Odusami at Chase from January 1, 2021 to December 31, 2024, and the time periods within that timeframe when such accounts were held.  Chase is not required to produce the underlying account documents for any such accounts at this time, without prejudice to Ms. Levine's requesting production of such documents at a later date.  Chase shall also produce documents responsive to Items 3 through 8 of the Attachment to the Subpoena (*id.* at 3-5).

The deadline for fact discovery is hereby extended to May 15, 2026.  **No extension of this deadline shall be granted absent extraordinary circumstances**.  The parties shall file a joint status letter no later than March 9, 2026.

The Clerk of Court is respectfully requested to terminate the motion on Dkt. No. 142.

**SO ORDERED.**

DATED:       New York, New York
             February 6, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge

2