# WALE MOSAKU, P.C.
LAW OFFICES
25 BOND STREET, 3RD FLOOR
BROOKLYN, NEW YORK 11201

(718) 243-0994
Email: wmosaku@juno.com and
Wmosaku87@gmail.com

June 10, 2026

**MEMO ENDORSED**

VIA ECF

The Honorable Gary Stein
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 702
New York, New York 10007

Re:    Fernchurch Consulting, L.L.C. v. Bank of America Corporation, et al
       23 Civ. 2379 (GS)

Your Honor:

I represent Fernchurch Consulting, LLC (hereinafter "Fernchurch").

I write in response to the Court's directive of 06/09/2026 (DE 159), wherein Your Honor directed counsel for Fernchurch and Felice J. Levine (hereinafter "Levine") to appear for a pre-motion conference on June 23, 2026, at 10:00 a.m.

I respectfully request that Your Honor reschedule said conference. The reason for the request is that I will be away from the office on June 23, 2026. I will be out of the country from June 17, 2026 through July 3, 2026.

Prior to my departure, I am available on June 15-16, 2026. During the week after my return, I am available from July 7, 2026 through July 10, 2026. I am also available the following week on July 14, 2026 and July 16, 2026.

I thank the Court for its attention to, and consideration of this matter.

Respectfully submitted,

*Application granted. The pre-motion conference set for June 23, 2026 is adjourned. The Court shall issue an updated scheduling order. SO ORDERED.*

/s/ Wale Mosaku

Wale Mosaku

cc: (via ECF) – Barry Coburn, Esq.

*Dated: June 18, 2026
New York, NY*

SO ORDERED:

/s/ Gary Stein

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE