UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BANK OF AMERICA, N.A.,

Defendant/Counterclaim Plaintiff/
Third-Party Plaintiff,

v.

FERNCHURCH CONSULTING L.L.C.,

Plaintiff/Counterclaim Defendant,

and

JPMORGAN CHASE BANK, N.A. and
FELICE J. LEVINE,

Third-Party Defendants.

-----------------------------------------------------------x

23-cv-2379 (GS)

ORDER AUTHORIZING INTERPLEADER DISBURSEMENT (28 USC § 1335)

Interpleader funds in the amount of $182,561.19 ("the funds") were previously deposited by Bank of America, N.A. (BANA) on May 2, 2025 (Receipt Number NYSCCA25-MAN000039519) and placed into the Disputed Ownership Fund (DOF) in the Court Registry Investment System (CRIS) on May 8, 2025.

The funds plus any accrued interest in the DOF in CRIS in this action shall be withdrawn and disbursed as follows:

The Clerk of the Court shall deduct from the investment the authorized fee from the earned income, as authorized by the Judicial Conference and set by the Director of the Administrative Office.

The remainder of the funds on deposit in the DOF in CRIS, shall be disbursed and made payable to "Fernchurch Consulting, L.L.C."

All disbursements of funds from this matter shall be made via Electronic Funds Transfer (EFT). The payee will provide the Clerk's Office with its banking information by completing an AO-213P form and an IRS W9 form for tax reporting purposes. The payee should contact the

Court's Finance Department at (212) 805-0600 or nysd_finance_admin@nysd.uscourts.gov for instructions.

Dated: September 15, 2026
New York, New York

SO ORDERED:

Hon. Gary Stein, U.S.M.J.